UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

NESTOR J. BELTRAN BARRERA                                                    PETITIONER

v.                                                                          NO. 3:25-CV-541-RGJ

JEFF TINDALL, in his Official Capacity as
Oldham County Jailer; and
SAMUEL OLSON, in his Official Capacity as
Field Office Director, Chicago Field Office,
U.S. Immigration and Customs Enforcement                         RESPONDENTS

### ORDER ON JOINT MOTION TO FORGO HEARING AND PROPOSE A BRIEFING SCHEDULE

Upon motion of the parties to forgo the September 16, 2025 hearing and propose

a briefing schedule, and the Court being sufficiently advised, the Motion is **GRANTED**

**in part and DENIED in part** as follows:

(1) The parties' briefing schedule is re-set as follows:

September 10, 2025 – Respondents shall file their show cause/brief.
September 15, 2025 – Petitioner shall file his reply/response.

(2) The Court will evaluate whether to cancel the hearing upon review of the
briefing.

Rebecca Grady Jennings, District Judge
United States District Court

September 5, 2025